last one, they were apparently within the statute of limitations, which was pleaded as a defense.

THE LACUSTRINE FERTILIZER COMPANY, *Respondent*, v. THE LAKE GUANO AND SHELL FERTILIZER COMPANY and others, *Appellants.* — Order denying the defendant's motion for leave to withdraw demurrer and to answer affirmed, with ten dollars costs and disbursements, unless defendant, within twenty days after service of taxed bills, pays all of plaintiff's costs and disbursements in this action accrued since the service of the complaint (not already paid), including said costs of this appeal, and delivers to the plaintiff's attorney an undertaking executed by the defendant and two sufficient sureties, each of whom shall justify in the sum of $10,000, to be approved by a justice of this court, conditioned that the defendant will pay any judgment that shall be recovered against it in this action, and that it will not remove any of the marl in dispute until the final determination of this action, unless sooner permitted to do so by the order of this court, in which case the order appealed from is reversed and the defendant's motion for leave, etc., is granted.

THE SAME v. THE SAME. — Order denying motion to set aside execution affirmed, with ten dollars costs and disbursements.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, FOR THE APPOINTMENT OF COMMISSIONERS TO EXAMINE THE PPOPOSED ROUTE OF THE NEW YORK, LACKAWANNA AND WESTERN RAILROAD COMPANY IN THE TOWN OF ERWIN. — Order appealed from reversed and motion for appointment of commissioners granted, with leave to the petitioners to apply to the Special Term to name commissioners, costs of appeal to abide event.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, FOR THE APPOINTMENT OF COMMISSIONERS TO EXAMINE THE PROPOSED ROUTE OF THE NEW YORK, LACKAWANNA AND WESTERN RAILROAD COMPANY IN THE COUNTY OF LIVINGSTON. — The like order in all respects as in the last case.

MARGARET MILLER, *as Administratrix, etc., Appellant,* v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Respondent.* — Judgment affirmed. Opinion by SMITH, P. J.